UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

DAVID LAPINE,                  08 Civ. 0429 (KMK)

        Plaintiff,

  -against-                   STIPULATION EXTENDING TIME
                               TO ANSWER

BRIAN NICHOLS and WILLIAM
JACKSON, sued in their individual
Capacities, DENNIS MILLER, sued
in his individual capacity,

        Defendants.
----------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that defendants, BRIAN NICHOLAS and WILLIAM JACKSON, sued in their individual capacities and DENNIS MILLER, sued in his individual capacity will have an extension to February 29, 2008 to answer the Complaint brought by David Lapine presently venued in the United States District Court Southern District of New York.

Dated: White Plains, New York
       February 15, 2008

**SUSSMAN & WATKINS**
Attorneys for Plaintiff
David Lapine

By: _____
MICHAEL SUSSMAN (3497)
P.O. Box 1005
Goshen, NY 10924

**HODGES WALSH & SLATER, LLP**
Attorneys for Defendants
Brian Nichols and William Jackson,
sued in their individual capacities,
Dennis Miller, sued in his individual
capacity

By: _____
HAROLD L. MOROKNEK (2157)
55 Church Street, Suite 211
White Plains, NY 10601

So ORDERED: _____ 2/20/08
USDJ

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```