UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID LAPINE,

                        Plaintiff,

      -against-

BRIAN NICHOLS and WILLIAM JACKSON,
sued in their individual capacities,
DENNIS MILLER, sued in his individual
capacity,

                       Defendants.
------------------------------------------------------------X

08 civ. 0429 (KMK)

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

**COUNSELORS:**

      **PLEASE TAKE NOTICE,** that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of the plaintiff, DAVID LAPINE, as an adverse party, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the **Law Offices of HODGES, WALSH & SLATER, LLP, located at 55 Church Street, Suite 211, White Plains, NY on the 16th day of July, 2008, at 10:00 a.m.** in the forenoon of that day with respect to evidence material and necessary in the defense of this action.

Dated: White Plains, NY
       June 4, 2008

Yours, etc.

_____
John J. Walsh (4092)
**HODGES, WALSH & SLATER, LLP**
Attorneys for Defendant
**Town of Deerpark**
55 Church Street, Suite 211
White Plains, NY  10601
Tel:   (914) 304-4333
Fax:  (914) 304-4335

TO:   SUSSMAN & WATKINS
        Attorneys for Plaintiff
        P.O. Box 1005
        Goshen, NY  10924